JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JENNIFER C. RUIZ,<br><br>   Plaintiff,<br><br>  v.<br><br>SANOFI US SERVICES INC., et al.,<br><br>   Defendants. | Case No. CV 23-9666-MWF(MRWx)<br><br>ORDER GRANTING JOINT STIPULATION OF DISMISSAL WITH PREJUDICE |

The Court has reviewed the parties' Joint Stipulation of Dismissal with Prejudice, filed December 30, 2024. (Docket No. 23). For good cause shown, the Court GRANTS the parties' request. IT IS HEREBY ORDERED that this entire action is DISMISSED with prejudice, pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii).

**IT IS SO ORDERED.**

Dated: January 3, 2025

               /s/ Michael W. Fitzgerald
               MICHAEL W. FITZGERALD
               United States District Judge